Case 1:18-md-02865-LAK    Document 332-24    Filed 04/27/20    Page 1 of 2

# Exhibit 12



Case 1:18-md-02865-LAK    Document 332-24    Filed 04/27/20    Page 2 of 2

Elysium Global Group Structure Chart — 22 February 2015